UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CITIZENS UNITED TO PROTECT OUR
NEIGHBORHOODS, HILDA KOGUT, ROBERT
ASSELBERGS, and CAROLE GOODMAN,

       Plaintiff,       19-cv-03461-NSR

  -against-         **NOTICE OF**
               **APPEARANCE**
VILLAGE OF CHESTNUT RIDGE, NEW YORK,

       Defendants.
-------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  **PLEASE TAKE NOTICE** that Patrick A. Knowles, an attorney at the firm of FEERICK NUGENT MacCARTNEY PLLC, hereby enters his appearance as counsel for and on of the Defendants Village of Chestnut Ridge in the above-captioned action, and respectfully requests that a copy of all papers in this action be served electronically by e-filing upon the undersigned as attorney to be noticed.

  I certify that I am admitted to practice in this Court.

Dated: May 23, 2019
   South Nyack, New York

              **FEERICK NUGENT MACCARTNEY PLLC**

              **s/ Patrick A. Knowles**
              Patrick A. Knowles
              96 South Broadway
              South Nyack, New York 10960
              Tel.: (845) 353-2000
              Fax.: (845) 353-2789

              *Attorneys for Defendants*

To: All Counsel (*via* ECF)